151 A.3d 980

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARK TOLBERT, DEFENDANT-PETITIONER.

FILED September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000470-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.